RECEIVED IN
COURT OF CRIMINAL APPEALS

12-1-2015

Abel Acosta, Clerk

DEC 03 2015

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Abel Acosta, ClerkILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

RE: PD-1037-15
    COA No 14-14-00465-CR
    Tr. Ct. No. 1380494

TO The Honorable Court:

Appellant in the above refferenced cause comes Now and respectfully request the court to Appoint Counsel. Appellant would show court the following:

(1) Appellant is Indigent

(2) Appellant has been denied his state and U.S. constitutional right to Counsel.

(3) Appellants issues were not addressed on direct Appeal by prior Appointed Counsel.

(4) The focus of Appellants appeal - was to have his

guilty plea set aside as involuntary - resulting from prosecutorial misconduct - issue never addressed by prior counsel.

Appellant has been denied motion to Appoint counsel by the C.O.A.. Appellant seeks this courts ruling on counsel Appointment (for the record) so he can proceed in this Appeals process to the next step.

Respectfully,

WADE Dix
Appellant.